ORIGINAL

FILED
MAR 21 2006

ENTERED
MAR 21 2006

LODGED
MAR 21 2006

LEE R. BOGDANOFF (State Bar No. 119542)
MICHAEL L. TUCHIN (State Bar No. 150375)
LAURA L. BUCHANAN (State Bar No. 156261)
MARTIN R. BARASH (State Bar No. 162314)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, California  90067-5061
Telephone:   (310) 407-4000
Facsimile:    (310) 407-9090

Proposed Reorganization Counsel for
Debtors and Debtors In Possession

Debtors' Mailing Address
9939 Norwalk Blvd.
Santa Fe Springs, CA 90670

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re

**APX HOLDINGS, L.L.C.**
**APX LOGISTICS, INC.**
**APX EXPRESS, INC.**
**APX CENTRAL, INC.**
**CTC DIRECT, INC.**
**PARCEL SHIPPERS EXPRESS, INC.**
**VA PARCEL, L.L.C.**
**TEX-PACK, INC.**
**TEX-PACK EXPRESS, L.P.**,

          Debtors.

Case Nos.: 06-10875-EC; 06-10877-EC; 06-10879-EC; 06-10880-EC; 06-10881-EC; 06-10882-EC; 06-10883-EC; 06-10884-EC; 06-10885-EC

Chapter 11

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES UNDER BANKRUPTCY RULE 1015(b)**

**Hearing**

Date:    March 21, 2006
Time:    3:00 p.m.
Place:   Courtroom 1634
         Roybal Federal Building
         255 East Temple Street
         Los Angeles, CA 90012

84249.1

IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:

On March 21, 2006, this Court held a hearing on the *Emergency Motion Pursuant to General Order 02-02 for Order Directing Joint Administration of Related Cases under Bankruptcy Rule 1015(b)* (the "Motion") that was filed by APX Holdings, L.L.C., a Delaware limited liability company, and joined by its chapter 11 affiliates APX Logistics, Inc., a Delaware corporation, APX Express, Inc., a California corporation, APX Central, Inc., a Delaware corporation, CTC Direct, Inc., a Delaware corporation, Parcel Shippers Express, Inc., a Wisconsin corporation, VA Parcel, L.L.C., a Delaware limited liability company, Tex-Pack, Inc., a Delaware corporation, and Tex-Pack Express, L.P., a Texas limited partnership (collectively the "Debtors"). The Motion requests that the Court enter its order authorizing the joint administration of Debtors' chapter 11 cases and approving the form of joint caption attached to the Motion as <u>Exhibit 1</u> (a copy of which is attached hereto). The record of the hearing reflects the appearances that were made by counsel.

The Court has considered the Motion, the Memorandum of Points and Authorities in support of the Motion, the *Global Declaration of Bradley S. Garberich in Support of Emergency First-Day Motions* (the "Global Declaration"), any other relevant papers filed in connection with the Motion, and arguments of counsel appearing at the hearing. Based upon this review and consideration, the Court finds that: (1) notice of the Motion was adequate and appropriate, and no further notice need be given; (2) joint administration is appropriate under Bankruptcy Rule 1015 because the debtors are affiliates, there is substantial overlap of the debtors' creditors, and joint administration will greatly reduce the cost of administering these cases; (3) joint administration will not prejudice the creditors and will benefit the creditors by reducing administrative burdens; and (4) other good and sufficient cause exists to grant the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in its entirety.

2. The chapter 11 cases of APX Logistics, Inc., APX Express, Inc., APX Central,

1

84249.1

1 | Inc., CTC Direct, Inc., Parcel Shippers Express, Inc., VA Parcel, L.L.C., Tex-Pack, Inc., and Tex-Pack Express, L.P. shall be jointly administered with the chapter 11 case of APX Holdings, L.L.C., Case No. 06-10875-EC

3.  The caption page for any pleadings filed in these jointly administered cases shall substantially conform to the sample caption page attached hereto as <u>Exhibit 1</u> and shall indicate that these cases are jointly administered with the chapter 11 case of APX Holdings, L.L.C. as set forth in Paragraph 2 of this Order.

4.  Notwithstanding the foregoing, and absent further order of the Court, each debtor shall separately file its own Schedules of Assets and Liabilities and Statements of Financial Affairs.

5.  The Clerk of the Court shall enter this Order on the docket for each of the Debtors' cases.



DATED: March 21, 2006

_____
HONORABLE ELLEN CARROLL
UNITED STATES BANKRUPTCY JUDGE

Presented By:

_____
MARTIN R. BARASH
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Proposed Reorganization Counsel for
Debtor and Debtor in Possession

KLEE, TUCHIN, BOGDANOFF & STERN LLP
2121 AVENUE OF THE STARS, 33RD FLOOR
LOS ANGELES, CALIFORNIA 90067-5061
TELEPHONE: (310) 407-4000

84249.1

2

1  LEE R. BOGDANOFF (State Bar. No. 119542)
   MICHAEL L. TUCHIN (State Bar No. 150375)
2  LAURA L. BUCHANAN (State Bar No. 156261)
   MARTIN R. BARASH (State Bar No. 162314)
3  KLEE, TUCHIN, BOGDANOFF & STERN LLP
   2121 Avenue of the Stars, 33rd Floor
4  Los Angeles, California  90067-5061
   Telephone:   (310) 407-4000
5  Facsimile:    (310) 407-9090

6  Proposed Reorganization Counsel for
   Debtors and Debtors In Possession

7  Debtors' Mailing Address
   9939 Norwalk Blvd.
8  Santa Fe Springs, CA 90670

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Jointly Administered Under Case No. 06-10875-EC |
|---|---|
| **APX HOLDINGS, L.L.C.**<br>**APX LOGISTICS, INC.**<br>**APX EXPRESS, INC.**<br>**APX CENTRAL, INC.**<br>**CTC DIRECT, INC.**<br>**PARCEL SHIPPERS EXPRESS, INC.**<br>**VA PARCEL, L.L.C.**<br>**TEX-PACK, INC.**<br>**TEX-PACK EXPRESS, L.P.,**<br><br>Debtors. | Chapter 11<br><br>**Hearing**<br>Date:     TBD<br>Time:     TBD<br>Place:    Courtroom 1634<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

84249.1

**Exhibit "1"**

EXHIBIT 1
PAGE 3

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>APX Holdings, L.L.C.,<br><br>Debtor. | CHAPTER   11<br><br>CASE NUMBER    LA 06-10875-EC |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

   ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES UNDER BANKRUPTCY RULE 1015(b)

   Was entered on *(specify date)*:

   3-21-06

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   3-22-06

Dated:  3-22-06

JON D. CERETTO
Clerk of the Bankruptcy Court

By: /s/ Nancy Vandenstein
Deputy Clerk

## SERVICE LIST

Proposed Reorganization Counsel for Debtors

Klee, Tuchin, Bogdanoff & Stern LLP
Attn: Martin R. Barash, Esq.
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067

U.S. Trustee

Office of the U.S. Trustee
Attn: Alvin Mar, Esq.
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Counsel to Bank of America

Hahn & Hessen LLP
Attn: Gilbert Backenroth, Esq.
488 Madison Avenue
New York, NY 10022

84509.1