1

**EXHIBIT 1**

2

3

**BIOGRAPHIES OF CERTAIN MEMBERS OF
KLEE, TUCHIN, BOGDANOFF & STERN LLP**

4

5 **Michael L. Tuchin** is a member and co-manager of KTB&S. Mr. Tuchin graduated with Honors and Distinction from Stanford University with a Bachelor of Arts Degree in Psychology. He received his J.D. from Boalt Hall School of Law at the University of California, Berkeley, in 1990. He served as an extern to the Honorable Joseph R. Sneed, United States Court of Appeals for the Ninth Circuit, in 1989. Mr. Tuchin represents debtors, equity holders, secured and unsecured creditors, committees and parties interested in acquiring assets from troubled companies.

6

7

8

9

Mr. Tuchin was named one of the top 12 outstanding young bankruptcy lawyers in the nation in 2002, 2003 and 2004, was recognized as the Bankruptcy Lawyer of the Year by the Century City Bar Association for 2002-2003, was recognized as one of the top 20 young lawyers in the State of California in 2002, and was recognized as one of the top 100 lawyers in Los Angeles County in 2004 and 2005.

10

11

12

13

On the debtor side, Mr. Tuchin represented American Restaurant Group (the owner of the Black Angus restaurant chain as special conflicts counsel), Samuels Jewelers, Inc. (a national publicly traded retailer of fine jewelry operating more than 130 stores), Fountain View, Inc. (which operates 49 skilled care nursing and assisted care living facilities, and pharmacy and therapy businesses), Frederick's of Hollywood, Inc. (a world-renowned retailer of innovative specialty apparel operating more than 150 stores, a catalogue, and an internet business), and Maple Plaza, Ltd. (the owner of a significant commercial property in Beverly Hills, California) in connection with their highly successful chapter 11 cases. Out of court, Mr. Tuchin has led successful restructurings of the Lusk Company (a large California homebuilder with close to $1 billion in debts), a large giftware company, an international manufacturer of computer accessories, a national express delivery business, and L.A. Kings, Ltd. (the then-owner of the Los Angeles Kings hockey franchise).

14

15

16

17

18

19

20

21

Mr. Tuchin has represented creditors in numerous chapter 11 cases, including American Rice (Corpus Christi, Texas), Black Hawk Casino (Denver, Colorado), Carmike Theatres (Wilmington, Delaware), Catapult Entertainment (San Jose, California), Chevy's (Oakland, California), Diversified Restaurant Concepts (San Jose, California), Edwards Theatres (Orange County, California), ERLY Industries, Inc. (Corpus Christi, Texas), E-spire (Wilmington, Delaware), Falcon Industries (St. Louis, Missouri), Fresh Choice (San Jose, California), Kmart (Chicago, Illinois), Merry-Go-Round (Wilmington, Delaware), Pegasus Satellite Television (Portland, Maine), Petries Retail (New York, New York), Deborah Raffin (Los Angeles, California), Read-Rite (Oakland, California), Ritter Ranch (Woodland Hills, California), Sega Gameworks (Los Angeles, California), Sydran Services (Oakland, California), The Heritage Network (Dallas, Texas), Tower Records (Wilmington, Delaware),

22

23

24

25

26

27

28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

United Airlines (Chicago, Illinois), Valley Media (Wilmington, Delaware), and Wherehouse Records (Wilmington, Delaware).

He represented a large equity holder of the Pittsburgh Penguins hockey team in connection with the Penguins' chapter 11 case in Pittsburgh, Pennsylvania, the sole shareholder of Transpacific Enterprises, Inc. (a full-service airlines support company) in connection with Transpacific's chapter 11 case, and the sole shareholder of Organized Living in connection with Organized Living's chapter 11 case.

Mr. Tuchin has represented numerous purchasers of assets (including Viacom, Paramount Pictures, and The Gap) and is an expert on successor liability issues.

Mr. Tuchin is extremely active in bar activities.  He is a Fellow in the American College of Bankruptcy.  He is a past President and member of the Board of Governors of the Financial Lawyers Conference of Los Angeles, immediate past-President and a member of the Board of Directors of the Los Angeles Bankruptcy Forum, and a member of the Board of Directors of the California Bankruptcy Forum. He has co-authored articles on single asset real estate cases and successor liability and is an Editor of the California Bankruptcy Journal. He lectures frequently at the local and national level.

**Martin R. Barash** is a member of KTB&S.  Mr. Barash graduated, *magna cum laude*, from Princeton University with an A.B. degree in politics and a certificate with distinction in American studies. He graduated from the UCLA School of Law in 1992, prior to which time he served as editor and business manager for the *UCLA Law Review*.  From 1992 to 1993, he served as law clerk to the Honorable Procter R. Hug Jr., U.S. Court of Appeals for the 9th Circuit.

Mr. Barash has concentrated his practice since 1993 on chapter 11 cases, out-of-court workouts, bankruptcy litigation and appeals, and has represented debtors, debtors in possession, secured creditors, creditors' committees, and large creditors in a variety of industries including manufacturing, retail, real estate, and high technology.

Mr. Barash is co-author, among other pieces, of *The Shifting Balance Of Power Between Lessors And Lessees In Business Reorganization Cases: A Review Of New Lease Provisions In The Bankruptcy Abuse Prevention And Consumer Protection Act Of 2005* (2005), published in an anthology dedicated to the 2005 revisions to the Bankruptcy Code by LRP Publications, and *Protecting the Rights of Claimants That Are Excluded From the Bankruptcy Process: the Survival of Successor Liability and Alternative Means of Recovery*, 8 J.Bankr.L. & Prac. 273 (March-April, 1999).

He has taught courses in the Department of Business Law, California State University, Northridge, served as a faculty member for the Practising Law Institute, and been a panelist for the American Bankruptcy Institute.  He is a member of the American Bankruptcy

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

Institute, and a member of the Business Law sections of the State Bar of California and the American Bar Association.

He is admitted to practice before the 9th Circuit U.S. Court of Appeals; the 10th Circuit U.S. Court of Appeals; and the U.S. District Courts for the Central, Southern, Northern and Eastern Districts of California and the District of Colorado.

**Laura L. Buchanan** is a Member of KTB&S.  She graduated from Stanford University with a Bachelor of Science Degree in Electrical Engineering and received her Juris Doctor from Boalt Hall School of Law at the University of California, Berkeley, in 1991.

Ms. Buchanan has worked on representations of debtors, creditors, and creditors' committees in large Chapter 11 cases. In particular, on the debtor side, Ms. Buchanan has worked on the cases of Fountain View, Inc. (which operates 49 skilled care nursing and assisted care living facilities, and pharmacy and therapy businesses) and Frederick's of Hollywood, Inc (a world-renowned retailer of innovative specialty apparel operating more than 150 stores, a catalogue, and an internet business).

Ms. Buchanan is a member of the State Bar of California, the Los Angeles County Bar Association, and the Financial Lawyers Conference of Los Angeles and became a partner at KTB&S in January 2004. In May 2005, Ms. Buchanan was elected to the Board of Directors of the Los Angeles Bankruptcy Forum.

**Matthew C. Heyn** is an Associate with KTB&S.  He graduated with honors from the University of California, Los Angeles in 2000, earning a Bachelor of Arts in Philosophy and Economics. He received his Juris Doctor from the University of California, Berkeley School of Law (Boalt Hall) in 2003, where he was admitted to the Order of the Coif and served on the editorial board of Ecology Law Quarterly.

**Courtney E. Pozmantier** is an Associate with KTB&S.  She graduated from the University of California, Los Angeles in March of 2000, earning a Bachelor of Arts in Political Science, with a specialization in International Relations.  From 2000-2002, Ms. Pozmantier worked for a public relations firm in Los Angeles which specialized in providing strategic communications services in the areas of corporate reorganization, investor relations and crisis management.  Ms. Pozmantier received her Juris Doctor from New York University School of Law in 2005.