1  RICHARD K. DIAMOND (State Bar No. 070634)
   jvdaurri@dgdk.com
2  2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904
3  Telephone:  (310) 277-0077
   Facsimile:  (310) 277-5735
4
   Chapter 7 Trustee

FILED & ENTERED

OCT 18 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY queen    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:06-bk-10875-EC |
| APX HOLDINGS, L.L.C. | ) Chapter 7 |
| APX LOGISTICS, INC. | ) |
| APX EXPRESS, INC. | ) ORDER GRANTING TRUSTEE'S CASH |
| APX CENTRAL, INC. | ) DISBURSEMENT MOTION NO. 6 |
| CTC DIRECT, INC. | ) |
| PARCEL SHIPPERS EXPRESS, INC. | ) |
| VA PARCEL, L.L.C. | ) |
| TEX-PACK, INC. | ) [No hearing required] |
| TEX-PACK EXPRESS, L.P., | ) |
| Debtors. | ) |

A notice of Motion and Motion No. 6 for approval of cash disbursements by the Trustee (the "Cash Disbursement Motion") was filed on October 5, 2010.  The Court having considered the Cash Disbursement Motion, and good cause appearing,

///

///

///

///

///

- 1 -

359879.01 [XP] 0610875

1 | IT IS ORDERED AS FOLLOWS:

2 | Cash Disbursement Motion No. 6 is approved.

3 | ###

DATED: October 18, 2010

*Ellen Carroll*
United States Bankruptcy Judge

- 2 -

359879.01 [XP] 0610875

| In re:<br><br>APX HOLDINGS, L.L.C., APX LOGISTICS, INC., APX EXPRESS, INC., APX CENTRAL, INC., CTC DIRECT, INC., PARCEL SHIPPERS EXPRESS, INC., VA PARCEL, L.L.C., TEX-PACK, INC., TEX-PACK EXPRESS, L.P.,<br>                                                                                                          Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:06-bk-10875-EC<br>ADV. NO: |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

 2029 Century Park East, Third Floor
 Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **ORDER GRANTING TRUSTEE'S CASH DISBURSEMENT MOTION NO. 6** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On October 5, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2010 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                         **F 9013-3.1**
359879.01 [XP]  0610875

| In re:<br><br>APX HOLDINGS, L.L.C., APX LOGISTICS, INC., APX EXPRESS, INC., APX CENTRAL, INC., CTC DIRECT, INC., PARCEL SHIPPERS EXPRESS, INC., VA PARCEL, L.L.C., TEX-PACK, INC., TEX-PACK EXPRESS, L.P.,<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO: 2:06-bk-10875-EC<br>ADV NO.: |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**II.    BY U.S. MAIL**

Debtor: APX Holdings LLC, ATTN:  Bradley Garberich, President, 9939 Norwalk Blvd., Santa Fe Springs, CA 90670
Debtor's Attorney:  Ashley M McDow, 17401 Ventura Blvd Ste B-21, Encino, CA 91316
Accountants for Trustee:  Howard B. Grobstein, Crowe Horwath, LLP, 15233, Ventura Boulevard, 9th Fl, Sherman Oaks, CA 91403
Attorney for Trustee:  Roger M. Landau, Landau & Berger LLP, 1801 Century Park East, Ste 1460, Los Angeles, CA 90067
Hon. Ellen Carroll, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                                    **F 9013-3.1**
359879.01 [XP] 0610875

| In re:<br><br>APX HOLDINGS, L.L.C., APX LOGISTICS, INC., APX EXPRESS, INC., APX CENTRAL, INC., CTC DIRECT, INC., PARCEL SHIPPERS EXPRESS, INC., VA PARCEL, L.L.C., TEX-PACK, INC., TEX-PACK EXPRESS, L.P.,<br>Debtor(s). | CHAPTER: 7<br>CASE NO: 2:06-bk-10875-EC<br>ADV NO.: |
|---|---|

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and persona/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING TRUSTEE'S CASH DISBURSEMENT MOTION NO. 6** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 5, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Attorney for Trustee:  Rodger M Landau    rlandau@lblawllp.com
Accountants for Trustee:  kmoss@lblawllp.com
Aaron De Leest    aed@dgdk.com
Attorney for Debtor:  Ashley M McDow    amcdow@askfinancial.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: APX Holdings LLC, ATTN: Bradley Garberich, President, 9939 Norwalk Blvd., Santa Fe Springs, CA 90670
Accountants for Trustee: Howard B. Grobstein, Crowe Horwath, LLP, 15233, Ventura Boulevard, 9th Fl, Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                         **F 9021-1.1**
359879.01 [XP] 0610875